IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20cr64 |
| | § | Judge Jordan |
| JUSTIN LUKE MAGNUSON (3) | § | |

## BILL OF PARTICULARS

The government files this Bill of Particulars in the above referenced action. In the Notice of Intention to Seek Criminal Forfeiture within the Indictment in this action the government described property as being subject to forfeiture pursuant to 18 U.S.C. § 982, 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

The government now gives notice of its intention to seek forfeiture pursuant to 18 U.S.C. § 982, 18 U.S.C. § 924(d) and 21 U.S.C. § 853 of the following property:

### REAL PROPERTY

1. All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at **14317 Tyler Foote, Nevada City, California**, more fully described as All that portion of the southwest quarter of the southeast quarter of section 2, township 17 north, range 8 east M.D.B. & M., lying south of the road leading from Cherokee to French corral, as said road existed in 1942. Excepting therefrom all that portion of said land conveyed from Vincent Bellett, et al, to the County of Nevada, Recorded September 6, 1956, in book 224, at page 305, official records. Tax ID: 061-170-030.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/ Kevin McClendon
KEVIN MCCLENDON
Assistant United States Attorney
Texas Bar No. 13408620
101 E. Park Blvd., Ste. 500
Plano, TX  75074
Tel: (972) 509-1201
Email: kevin.mcclendon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing on March 3, 2020.

/s/ Kevin McClendon
KEVIN MCCLENDON