IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CASE NO. 4:20-CR-00064-JORDAN

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

JUSTIN LUKE MAGNUSON,

        Defendant.

_____/

**UNOPPOSED MOTION TO CONTINUE DEADLINE
OF FILING MOTION TO SUPPRESS EVIDENCE**

Justin Magnuson, through counsel, hereby files this Unopposed Motion to Continue deadline of filing Motion to Suppress Evidence, and in support thereof states:

The Deadline to file a Motion to Suppress Evidence is August 30, 2021. The government and counsels for Mr. Magnuson shall be meeting next week to review the evidence and to discuss the matter. The parties will also discuss the possibility of revisiting the release of Mr. Magnuson on bond. The parties would like to meet and confer prior to the filing of any substantive motions. Therefore, Mr. Magnuson respectfully requests a continuance of the Motion to Suppress Evidence Deadline to September 27, 2021, which is also the motion cut off deadline. As stated the government joins in this request.

WHEREFORE, Mr. Magnuson respectfully requests that his motion be granted, and the motion to suppress evidence deadline be continued to no earlier than September 27, 2021.

Respectfully,

/s/ Marc D. Seitles
Marc D. Seitles
Florida Bar No.: 0178284

Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
Ph: 305-403-8070
Fax: 305-403-8210
Email: mseitles@seitleslaw.com

/s/ Ashley Litwin
Ashley Litwin
Florida Bar No.: 0096818

Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
Ph: 305-403-8070
Fax: 305-403-8210
Email: alitwin@seitleslaw.com

/s/ Alyssa Altonaga
Alyssa Altonaga
Florida Bar No.: 1025089

Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
Ph: 305-403-8070
Fax: 305-403-8210
Email: aaltonaga@eitleslaw.com

/s/ Kirk F. Lechtenberger
Kirk F. Lechtenberger
Texas Bar No.: 12072100

183 Parkhouse Street
Dallas, Texas 75207
Ph: 214-871-1804
Email: kflechlawyer@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, undersigned electronically filed the foregoing

document with the Clerk of the Court using CM/ECF which will send notification of such filing

to: all counsel of record.

/s/ Marc D. Seitles
Marc D. Seitles, Esq.

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 30, 2021, undersigned conferred with AUSA Heather

Rattan. She does not oppose this motion.

**DATED: 8/30/2021**

/s/ Marc D. Seitles
Marc D. Seitles, Esq.