UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CASE NO. 4:20-CR-64-SDJ-KPJ-3

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUSTIN LUKE MAGNUSON,

        Defendant.
_____/

**NOTICE OF APPEAL**

Notice is hereby given that Justin Luke Magnuson, defendant in the above named case, hereby appeals, pursuant to Fed. R. App. P. 9(a), to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on the 16th day of November, 2021 (DE: 289, attached as Exhibit A), denying the Magnuson's Motion to Revoke the Pretrial Detention Order (DE: 253, attached as Exhibit B).

        Respectfully submitted,

        */s/ Marc David Seitles*
        Marc David Seitles
        Fla. Bar No. 0178284
        mseitles@seitleslaw.com

        */s/ Ashley Litwin*
        Ashley Litwin
        Fla. Bar No. 0096818
        alitwin@seitleslaw.com

        */s/ Alyssa M. Altonaga*
        Alyssa M. Altonaga
        Fla. Bar No. 1025089
        aaltonaga@seitleslaw.com

**SEITLES & LITWIN, P.A.**
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210

**/s/ *Richard C. Klugh***
Richard C. Klugh, Esq.
Fla. Bar No. 305294
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191
Fax (305) 536-2170
E-Mail rklugh@klughlaw.com

**/s/ *Kirk F. Lechtenberger***
Kirk Lechtenberger
Texas Bar No. 12072100
183 Parkhouse Street
Dallas, Texas 75207
(214) 871-1804
kflechlawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve Assistant United States Attorneys Heather Rattan and Kevin McClendon.

/s/ Marc David Seitles
Marc David Seitles