IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR64 |
| | § | Judge Jordan |
| JUSTIN LUKE MAGNUSON | § | |

## NOTICE OF PLEA

The United States of America, by and through its United States Attorney, would show the Court that the defendant, **Justin Luke Magnuson**, and the Government have entered into an agreement to plea to the Information in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/
KEVIN McCLENDON
Assistant United States Attorney
Texas State Bar No. 13408620
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic filing on this 9th day of February, 2022.

/s/
KEVIN McCLENDON