ORIGINAL

IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION                    FEB 1 0 2022

Clerk, U.S. District Court
Eastern District of Texas

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR64 |
| | § | Judge Jordan |
| JUSTIN LUKE MAGNUSON | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

**Violation**:  18 U.S.C. § 371
(Conspiracy to Travel or Transport in
Interstate Commerce)

That from sometime in or about 2019, and continuously thereafter up to and

including throughout 2020, in the Eastern District of Texas and elsewhere, the defendant

**Justin Luke Magnuson,** did knowingly and intentionally combine, conspire, and agree

with persons known to the United States Attorney, to travel in interstate commerce to:

promote, manage, establish, carry on, or facilitate the promotion, management,

establishment, or carrying on, of an unlawful activity; to wit: conspiracy to possess with

intent to distribute or distribution of a controlled substance or possession with the intent

to distribute a controlled substance; and, thereafter, promoted, managed, established,

carried on or facilitated the promotion, management, establishment, or carrying on, of the

said unlawful activity, a violation of 18 U.S.C. § 1952(a)(3).

In furtherance of the conspiracy, the defendant and others committed the following

overt acts, among others:

Information and Notice of Penalty
Page 1

1. On or about January 28, 2019, in Plano, Texas in the Eastern District of Texas, a co-conspirator possessed with the intent to distribute controlled substances and almost $17,000 in United States Currency;

2. On or about February 10, 2019, a co-conspirator traveled from California to Texas and transported controlled substances;

In violation of 18 U.S.C. § 1952(a)(3).

All in violation of 18 U.S.C. § 371.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Information, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982, 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

**REAL PROPERTY**:

a.      All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 12100 Scenic Dr., Nevada City, CA 95959, owned by Vyrideon, LLC, more fully described as follows:  The following described property in the unincorporated area of, County of Nevada, State of California: PARCEL ONE: PARCEL 2, AS SHOWN ON PARCEL MAP NO. 76-132 FOR B. BURDA, AS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF NEVADA ON NOVEMBER 15, 1977, IN BOOK 12 OF PARCEL MAPS, AT PAGE 33.  PARCEL TWO:  A NON-EXCLUSIVE EASEMENT FOR THE PURPOSE OF

MAINTAINING A BUILDING SETBACK AS DESCRIBED IN "BUILDING
SETBACK EASEMENT AND DEED RESTRICTION" RECORDED JULY 14, 2014
AS INSTRUMENT NO. 20140013071, OF OFFICIAL RECORDS AND MORE
PARTICULARLY DESCRIBED AS FOLLOWS:  BEGINNING AT A POINT ON THE
WESTERLY LINE OF PARCEL 1 OF THE MAP RECORDED IN BOOK 12 OF
PARCELS MAPS, AT PAGE 33, NEVADA COUNTY OFFICIAL RECORDS, FROM
WHICH THE SOUTHWEST CORNER THEREOF BEARS SOUTH 03 DEGREES, 43
MINUTES, 07 SECONDS EAST FOR A DISTANCE OF 228.81 FEET; THENCE
FROM SAID POINT OF BEGINNING, RUNNING ALONG SAID WESTERLY LINE
NORTH 03 DEGREES, 43 MINUTES, 07 SECONDS WEST FOR A DISTANCE OF
125.00 FEET; THENCE LEAVING SAID WESTERLY LINE AND BEARING
NORTH 86 DEGREES, 16 MINUTES, 53 SECONDS EAST FOR A DISTANCE OF
50.00 FEET; THENCE SOUTH 03 DEGREES, 43 MINUTES, 07 SECONDS EAST
FOR A DISTANCE OF 125.00 FEET; THENCE SOUTH 86 DEGREES, 16 MINUTES,
53 SECONDS WEST FOR A DISTANCE OF 50.00 FEET TO THE WESTERLY LINE
OF SAID PARCEL 1 AND THE POINT OF BEGINNING.  Tax ID: 060-150-063.

**CURRENCY**:

    a.      $976,111.00 in U.S. currency, seized from **Brent Ward McLeod, a.k.a.**
**"Santa."**

    b.      $502,170.00 in U.S. currency, seized from **Brent Ward McLeod, a.k.a.**
**"Santa."**

**AIRCRAFT**

    a.    2005 Gulfstream 200, Serial Number 120, Registration Number N200GN,

registered to Magair LLC, seized from **Justin Luke Magnuson**.

**VEHICLES**

    1985 Land Rover, license plate number LND8381,

VIN#SALLDVAC8AA236143, seized from **Justin Luke Magnuson**.

BRIT FEATHERSTON
UNITED STATES ATTORNEY

Date: _____2-10-22_____

_____
KEVIN MCCLENDON
HEATHER RATTAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA          §
                                  §
v.                                §          No. 4:20CR64
                                  §          Judge Jordan
JUSTIN LUKE MAGNUSON              §

## NOTICE OF PENALTY

### Count One

Violation:      18 U.S.C. § 371

Penalty:        Imprisonment of not more than 5 years; a fine of not more than $250,000, or both; and a term of supervised release not to exceed 3 years.

Special Assessment: $100.00