IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **FILED UNDER SEALED** |
| | § | |
| v. | § | No. 4:20-CR-64 |
| | § | Judge Jordan |
| SEALED, et al. | § | |

# AMENDED NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   If 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment:  $100.00

### Count Two

Violation:   21 U.S.C. § 846

Penalty:   If 20 kilograms or more of a mixture or substance containing a detectable amount of hashish oil -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment:  $100.00

### Count Three

Violation:   18 U.S.C. § 1956 (h)

Penalty:   Not more than 20 years imprisonment; a fine not to exceed $500,000 or twice the pecuniary gain or loss, and a term of supervised release of not more than 3 years if the conspiracy is to violate 18 U.S.C. § 1956(a)(1)(A)(i) or (a)(1)(B)(i).

Penalty: Not more than 10 years imprisonment; a fine not to exceed $250,000 or twice the pecuniary gain or loss, and a term of supervised release of not more than 3 years if the conspiracy is to violate 18 U.S.C. § 1957.

Special Assessment: $100.00

## Count Four

Violation: 18 U.S.C. § 924(c)

Penalty: Imprisonment for not less than five years to be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than three years.

Special Assessment: $100.00

## Count Five

Violation: 18 U.S.C. § 3

Penalty: Imprisonment for not more than one-half the maximum term of imprisonment or fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years, a term of supervised release of at least five years.

In this case, the principal's punishment range is not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Count Six

Violation: 18 U.S.C. § 1512(b)(1)

Penalty: If the offense occurs in connection with a trial of a criminal case, the maximum term of imprisonment which may be imposed for the offense shall be the higher of that otherwise provided by law or the maximum term that could have been imposed for any offense charged in such case.

        In this case, not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment:  $100.00

## Count Seven

<u>Violation</u>:   18 U.S.C. § 1503

<u>Penalty</u>:   Imprisonment for not more than ten years to be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than three years.

Special Assessment:  $100.00

## Count Eight

<u>Violation</u>:   18 U.S.C. § 371

<u>Penalty</u>:   Imprisonment of not more than 5 years; a fine of not more than $250,000, or both; and a term of supervised release not to exceed 3 years.

Special Assessment:  $100.00

        Respectfully submitted,

        BRIT FEATHERSTON
        UNITED STATES ATTORNEY

        /s/
        HEATHER RATTAN
        Assistant United States Attorney
        Texas Bar No. 16581050
        101 East Park Boulevard, Suite 500
        Plano, Texas 75074
        Phone:  (972) 509-1201
        Fax:  (972) 509-1213
        Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

On March 8, 2022, a true and correct copy of the foregoing instrument has been served on counsel of record for all unsealed defendants via electronic mail.

/s/
HEATHER RATTAN
Assistant United States Attorney