UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

CASE NO. 4:20-CR-64-SDJ-KPJ-3

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUSTIN LUKE MAGNUSON,

        Defendant.
_____/

**NOTICE OF FILING**
**LETTERS OF SUPPORT FOR SENTENCING**

    Justin Luke Magnuson, through undersigned counsel, files this Notice of Filing Letters of Support for Sentencing. Magnuson respectfully requests this Honorable Court consider the attached letters at his sentencing hearing.

                                              Respectfully submitted,

                                              **/s/ *Marc David Seitles***
                                              Marc David Seitles
                                              Fla. Bar No. 0178284

                                              SEITLES & LITWIN, P.A.
                                              Courthouse Center
                                              40 NW 3rd Street
                                              Penthouse One
                                              Tel: (305) 403-8070
                                              Fax: (305) 403-8210
                                              Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2022, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record.

*/s/ Marc David Seitles*
Marc David Seitles