The Honorable Sean D. Jordan
United States District Court
Eastern District of Texas
Plano Division

Dear Judge Jordan,

My name is Sharon Steuart. I am Justin Magnuson's mother. I am here to tell you about the Justin that I, our family, friends and his employees know.

As a child he was always a self-starter, independent, with a sense that he wanted to be liked. He always excelled in school and it seemed to be so effortless for him to make A's in school. He always seemed to be so caring of his friends, to the point that during middle school, he asked me if he could let his friend TJ come to live with us. His home life was not well. His mother had drug problems and was not able to take proper care of her children. Justin knew that TJ did not need to be in that environment if he was to succeed in life. I actually got a text from TJ in November when he had heard of Justin's sister Juli's passing. He wanted to tell me that he loved Juli like his own sister and wanted to let me, Justin and Justin's dad know that he was so thankful for us allowing him to live with us and how we treated him like family.

Justin became an entrepreneur early in life and knew he wanted to be successful. He paid his own way through 3 universities, all while starting successful businesses. He is a respected employer. I was so proud when I went for the first time to see his company, Alliance. Several of his employees came up to me to tell me how much they appreciated Justin and that he was a great boss to them. Since then, many other employees from his other businesses have told me the same. He paid to help an employee with cancer and chose to help his surviving wife and children financially after his death. I found out after he sold Alliance that he made sure every employee received a bonus.

Justin also loves family and has gone out of his way to help them when needed. He allowed for me to retire to take care of my parents during their declining health for the last 7 years of their life. He went as far as moving us into a nice home and making sure their every need was addressed. He helped his sister with her mental health issues by contributing financially to getting her the best possible care.

Justin has contributed his time and money to many charities and has shown over and over that he is a true asset to his community. I want you to know that I love and have missed my son more than you can know and can't wait for him to be back with the family again.

Sincerely,

Sharon Steuart

The Honorable Sean D. Jordan
United States District Court
Eastern District of Texas

Dear Judge Jordan,

My name is Sarah Stanton, and I am Justin Magnuson's fiancé. I have known him for eight years, and we have been together the past six. Justin may not be perfect, but I chose him as the man I want to marry and I have stood by him because he is the best person I have ever known. Justin has many roles in his life - business owner, son, brother, provider, employer, friend, fiancé – and his ability to balance care, attention, and dedication to each one has always amazed me.

His hardworking nature carries through to each part of his life, whether that is showing up for a friend in need, guiding an employee to reach their full potential, or assisting a family member during a difficult time. I have seen people reach out to Justin a countless number of times and he has never once turned anyone away. He is always willing to help. He has provided chemotherapy treatments to his employees battling cancer, paid for a loved one's rehabilitation to fight addiction, provided housing for all of his family members, and supported his younger siblings' college and graduate education. His generosity has no limits. In my lowest moments, when my mom was suffering with stage 3 cancer, Justin was running two companies, yet he always made significant time to be there for me and my mom. He would spend a full eight-hour day at work and come home to hold and comfort me while I grieved and cried until I fell asleep. This went on day after day for months. His character showed through at that time, and his behavior then is exemplary of the good man he is.

One of my favorite qualities of Justin's is his propensity for inclusiveness. He never wants anyone to feel left out, and he will extend an invitation to dinner, a night out, or gathering at his home – everyone is always welcome. His warm nature and kindness towards others is something I admire. Making others feel happy brings him joy. He is painfully trustworthy, and he sees the best in others to a fault. This viewpoint has not always faired him well, and as a result of this current difficult time, Justin has dedicated so much time to reflecting. In the last 20 months, Justin and I have spoken on the phone several times each day, and I have listened to him

grow and change. He has not taken a minute of incarceration lightly. Justin has spent this time understanding why he is in this position, and taken ownership of his own shortcomings. He has reassessed himself in all the roles of his life, and has learned be more stringent in his judgment of people.

Even in jail, Justin discovered ways to be generous and give back to others. He has helped counsel other inmates on business ideas they have brought to him, and has taught many of them the benefits of running a business legally. Countless times during our phone calls, we would be interrupted by another inmate asking Justin a question about business. Questions like "What is EBITDA?" or "Can you explain debits versus credits again?" commonly chirped in the background of our conversations. He always paused to answer, and has conveyed to me he really enjoyed teaching others about business and developing their skillsets.

Most importantly, this experience has catapulted Justin's life into a philanthropic direction. The last 20 months have taught him that he wants to find a more meaningful path towards helping those who have paid their debt to society, and help them have a second chance at life. Justin wants to start a non-profit aiming to help those formally incarcerated to get back on their feet and lead a law-abiding life. He realizes that most people do not have the resources or education that he does, and he wants to help people change their lives for the better after incarceration. Justin has always been a man of action, and with his newfound awareness of how much he can help those in need, he will find a large way to impact those who require help rebuilding their lives.

Sincerely,
Sarah Stanton

Honorable Judge Jordan

Regarding: Justin Magnuson, (Inmate # 11085962)

March 15, 2022

Dear Honorable Judge Jordan,

My name is Jim Magnuson and Justin Magnuson is my son. I am a member of a club no father ever wants to be in. I have two sons, Clay and Justin that will appear before you soon for sentencing. I would like to briefly tell you about Justin in this letter.

Justin is one the hardest working men you will ever encounter. He worked full time while attending college and paid for his entire education. He started his college at the University of Houston where he discovered his true passion, The School for Entrepreneurship. He received his bachelor's degree from North Texas State University, his master's degree from SMU and an executive MBA from UCLA.

He began his career in medical sales and with in 6 months was the top salesperson for a nationwide company. In 2010 he put his entrepreneurial skills to use and purchased a small sleep lab with $5,000.00 he had saved. In just 5 years he built one of the top medical diagnostic companies in the US. They were consistently ranked in the top 100 small businesses by Inc. Magazine. In 2016 he sold this company and branched out into the hospitality industry. Justin again built another award-winning company of successful medical spas, restaurants & bars.

His kindness and generosity have enriched the lives of so many people. He treats everyone that works for him like family and enables them to be successful. He is fair, honest and treats everyone with respect. It has always amazed me how many friends he has that are employees for his companies.

Not only does he take care of his family, friends and employees, he donates his time and money for charities and helping the less fortunate. His passion was The Wounded Warriors, he greatly respects the sacrifices they have made for our freedom.

I know once released Justin will continue to work hard to build his company, so that he can continue to enrich lives of everyone around him and support many charities. Words can't describe how proud I am of Justin for all his business accomplishments but more for all the people he has blessed with his kindness and generosity.

Please feel free to contact me with questions or concerns.

Regards,

Jim Magnuson

Drake Interiors

2205 Hurfus Drive

Houston, Texas 77092

Jmagnuson1957@gmail.com

(713-906-8285)

Honorable Sean D. Jordan
United States District Court
Eastern District of Texas, Plano Division

Dear Honorable Sean D. Jordan:

My name is Donna Stanton, mother of Sarah Stanton, fiancee of Justin Magnuson. I have known Justin for about six (6) years, when my daughter first met him in Dallas, Texas. I reside in Mundelein, Illinois, a northwest suburb of Chicago.

Notwithstanding Justin's current circumstances, good vibes come to my mind as to who Justin really is regarding his values and character. I have always admired him for how he conducts himself: confident, and striving for excellence in all that he does. A man who sets his sights high, and works hard to attain them. Energetic with street smarts to know that education was the key, which fueled his eagerness to put in the time and effort to learn what was necessary to propel himself in the direction of the reality of his dreams. Although he has made some mistakes along the way in his judgment and trusting nature, he still represents to me a wonderful, giving person, who always helped those in need, providing for them when he could. Even while being detained, he has acted as a mentor to those less fortunate, and inspired hope for their future.

About three and a half years ago, I became ill with a rare form of cancer. After being diagnosed, I was subjected to numerous rounds of chemotherapy. Realizing how unnerving this situation was to my daughter, Sarah, Justin assured her that he would arrange for her to be by my side in Chicago as I underwent each treatment. His promise meant a lot to me, as support from my family helped me to heal. This kind gesture, among others, endeared himself to me, and I have embraced him as a son.

Another example of Justin's compassion is reflected in his generosity and concern towards one of his colleagues, who became ill with cancer, and subsequently died, leaving behind two (2) young daughters. Justin took it upon himself, and at his own expense, to set up a trust fund for those girls' college education, to help ease the financial burden of their mother. His true test of character shines through to me as he helps others with life's unfair burdens.

Justin has always been an inspiration to many, and will continue to be a productive member of society. I know that he is a good man, and I believe in him. His resilience, strength, and fortitude has helped him to persevere through this adverse time in his life. Most notably, I consider myself fortunate to call him "my family".

Sincerely,

Mrs. Donna M. Stanton
<u>21505 W. Lakegreen Drive</u>
<u>Mundelein, Illinois. 60060</u>
Cell Phone: 847-471-3751

To the Honorable Sean D. Jordan,

My name is Pamela Minix, and I am the sister of Sarah Stanton, Justin Magnuson's fiancée. I have known Justin for 7 years. During those years, I have known him to be an honorable, caring, and charitable man.

More than once, Justin has found someone to be seriously ill, including my own mother, and done everything he could to help them. In my mother's case, he made sure she had access to things most people can't afford during this difficult time. He helped us make wonderful memories with her by giving us special experiences that we will always cherish. He went above and beyond and sent her weekly nutrient-dense meals since she was too sick to cook and sent other items to make her feel better about herself after the effects of chemo took hold of her, such as special skincare. He always made sure she had much to look forward to during treatment, and when she was too sick to travel on a regular plane, he always offered his plane to fly to Chicago and transport her to see us in Dallas whenever she wanted to so we could be with our mother in case those were her last days. I know this was extremely generous of him to offer due to the price of these flights. Justin went above and beyond our expectations in taking care of a woman who wasn't even his mother-in-law yet. She is my mother, so I will forever be grateful to him for giving her, and us, such hope, and positive memories during the darkest time of our lives. I have always known him to step in and better any situation, even when it was not his responsibility.

When I lost a pregnancy after trying to conceive for some time, Justin was the only one who offered to help me feel better. He tried to give me a trip somewhere fun to cheer me up, take my mind off it and help alleviate the pain. I wasn't in the right mindset to go on the trip, but it was so generous of him, and he was the only person out of all my friends and family who made me feel like he cared, and it validated my pain. He will never know how much that meant to me. I'm sure he didn't understand all that I was going through, as no one could, but he was empathetic enough to want to help and make it better. I will always remember this, and I will never forget his care during such a lonely time for me.

The most memorable thing I have witnessed about Justin's character was the compassion he exhibited towards his employees when COVID hit. It was the day before Dallas went on lockdown in 2020, and most businesses had just received news that they were to shut down by the following day. My husband and I were with Justin and my sister on a local weekend trip. I'll never forget that moment when Justin got the phone call that he was going to have to let go of his staff temporarily until COVID subsided, which no one knew when that would be at the time. I had never seen Justin so emotional, and I hadn't seen him cry until then. I remember clearly when my sister tried to calm him down and tell him it's not his fault. He responded to her saying "I can't just ignore the fact that multiple people are going to lose their incomes, especially when a lot of those women are single moms, and they support not just themselves but their families." Justin felt the weight of his employees' misfortune and their families'. I had heard numerous personal accounts before this moment of how Justin had treated his employees like family members, but this was the first time I was witnessing it. He completely

changed, and I could feel the pain, deep sorrow and agony he felt for his employees. This compassion was honorable to me. He was so distraught, he sat by himself and didn't see any of us for the rest of the day, which was at least 5 hours, and he barely spoke to us the rest of the night. I remember we tried to take him out that evening to a local restaurant to cheer him up, and he ended up paying for every single guest at that restaurant all night, and it was an extremely large, two-story building. It was like his conscience wouldn't allow him to enjoy himself while he knew so many others would be suffering. We were in a very small and rural town at the time, and I could overhear so many locals around me talking about how wonderful it was of the "mystery man" to buy all their food and drinks that evening. This is a man of dignity and with a very strong conscience, I could feel that with every bone in my body, not just that night but repeatedly in the last 7 years of knowing him. He made sure after that night to let every employee of his know they'd be okay. He gave them incentives and told all of them that they would be rehired the second the business could legally open up again. This instance showed me how honorable of a man Justin is, and that he will always do the right thing in any situation, no matter how hard or the sacrifice. I knew then that he views his role as CEO as a responsibility in providing people opportunities that they wouldn't have otherwise. I realized after that evening that his business endeavors were always to help and provide for people and create opportunity where there wasn't, not just for himself, but for others. That is why he loves what he does and is so good at it. It was never about the money – it was always about the journey and the good success he can bring to not only him but everyone around him.

Justin has impacted our lives in so many ways. He has always gone above and beyond in sharing his wealth with my family and myself, but I would say the number one thing that has impacted me the most is how he's carried himself throughout the past year and a half. He is such an inspiring human being; I have never met anyone like him who has gone through so much turmoil yet still finds a way to use these times to educate and better himself. He's used the past year and a half to find God, something I've always prayed for, and I can tell he's a wiser person because of it. I don't understand how, because anyone in his shoes would have turned bitter, yet he never gave into that temptation, and he looked at this situation as an opportunity to better himself. I can't say I would've been able to do the same, and I am a God-fearing, faith-based person who has what most would call the ideal upbringing. There is not a single doubt in my mind that Justin is going to do amazing things after this experience, and not just business-wise but philanthropic as well. He will continue to impact this world for the better.

I only have my one younger sister and have always been over-protective of her since the day she was born. I have no doubt in my mind that she will be in great hands with Justin as her husband. I am a firm believer that everything happens for a reason, and I know despite the setbacks, Justin is a better man from it all.

Sincerely,

Pamela Minix

To the Honorable Sean D. Jordan
United States District Court
Eastern District of Texas

Re: Justin Magnuson

My name is Dyke Minix, Justin Magnuson's future brother in-law and friend. Justin is engaged to my wife, Pamela Minix's, younger sister Sarah E. Stanton. I have thoroughly enjoyed getting to know Justin for the better half of a decade. Justin is one of best guys I have ever had the pleasure of knowing. He is also one of the most generous and caring people I've met. He cares deeply about Sarah and her family and always makes sure the whole family knows how much he cares for us. He made sure that Sarah was there for my mother in-law, Donna, while she battled cancer. He celebrated the whole family when Donna beat cancer. Justin is a guy that fights for people when the world throws them into hard times. He donates to countless charities. When the government ordered that he shut down his businesses because of Covid-19, he was so upset that he cried and would not speak to any of us for almost a day. I tried to console him after, and while doing so asked what the worst part of the shutdown was for him. He said he wasn't worried about his businesses failing but was upset that hundreds of people that counted on him for a livelihood would be unemployed. This man cares about other people.

Justin is one of the hardest working, intelligent, trustworthy people I know. If he says he's going to do something he will do it and do it right. He has an MBA from SMU and an Executive MBA from UCLA which he completed while running and growing a business that he started. I always remember him doing class work for his Executive MBA while going and coming back from a trip that he had planned every detail to make sure everyone enjoyed it because no matter how busy he was, he wanted to make sure that he spent time with his family making memories. Family is very important to Justin. I know that he cannot wait to start one of his own with Sarah. Because Justin has not been able to make memories with his family for the past 19 months, he has used this time to talk and write to his family and friends. It is in these phone calls and letters that he has had deeper conversations about life, God, and happiness. In addition to this, he spent his time in prison teaching himself speedreading, Spanish, psychology, programing, investing, etc., all through books and limited resources. I'm not sure of the number of people in prison that take the time to study, learn and better themselves, but I would believe it is very low, and it is in this way that Justin is unique.

Justin is an ethical leader who helps hundreds of families have a good life and provides food and education for the next generation of Americans that will be the future leaders and keep America a great country. He's a man of strong character that wants the best for his family and community. I look forward to the day that he can once again be a leader in his family and community.

Sincerely,

Dyke Minix

To the Honorable Sean D. Jordan
United States District Court
Eastern District of Texas

Dear Judge Jordan,

My name is Dr. Gerald V. Stanton. I am the father of Sarah Stanton, who is engaged to Justin Magnuson. I have known Justin for several years. Having had multiple conversations with him prior to his imprisonment, I can tell you that he is sincere and honest.

I know that Justin did not have an easy upbringing. Despite this, he overcame obstacles and achieved success in business and acquired two master's degrees. I do believe he has a tendency to put too much faith and trust in his associates and friends and is generous almost to a fault. I personally know he went very much out of his way to help a business associate in his company financially when he was dying of cancer. I know he helped multiple other friends and associates in his business when they were in need. He literally supported his own family including his mother, sister, and half-brother when he was working.

I would refuse to support my daughter marrying him if I believed he was anything other than a generous, kind, trusting individual. His involvement with marijuana dealers he now realizes was a huge mistake. I'm sure when he is released from jail, he will again become a productive member of society and not go near, or engage in, any illegal activities ever again. I am supporting my daughter marrying him because I believe he is essentially a good man and will be a productive citizen.

Sincerely,

Gerald Stanton, M.D.

Honorable Judge Sean D. Jordan
United States District Court, Eastern District of Texas, Plano Division

Dear Judge Jordan,

My name is Rebekah Bennett, and Justin Magnuson is my little brother. I am a 43-year-old Marketing Director in the Manufacturing industry. I have a daughter, Emma, who is 21 and about to graduate from Texas State. I also have a son, Carter, who is 17 and will be starting at UT in the Fall. We are a small part of Justin's very large family. And, we are all dedicated to helping support his path back towards success once he is released. I appreciate you taking the time to read this letter and I would like to take some time to request leniency for Justin.

My little brother is one of the most brilliant and hard-working men I know. His focus and his passion for business cannot be denied. He is dedicated to his family, his career and his mental and physical well-being. I'm excited to watch him continue to make his way, once he is released.

As a little brother, Justin has shown some true characteristics that really stand out in my mind. Justin is brave, bold and he has tenacity. We have both shared a passion for success in the business world from a very young age. As I have grown in my career as a Marketing Director, I have gone to Justin countless numbers of times for advice on managing people, budgeting and employer interactions. I have a very successful career, and he has never steered me wrong.

As an Uncle, Justin takes pride in Emma and Carter's accomplishments. When I send him texts about their grades, sports, etc. he always responds, with a call to them. Justin's class and intelligence stand out foremost, but one of my favorite things about him is his sense of humor and warmth. As I was thinking about what I wanted to convey in this letter, I was looking through family pictures to spur memories within me. And what I loved the most about his pictures with my kids is that in each photo, Justin had found a unique way to connect with them and make them laugh. The warmth and intimacy in each of those moments shines through and can't be denied.

I know that Justin has made some mistakes in this case. The mistakes he has made are in no way a genuine reflection of who Justin is. Justin is a brilliant example of what a career and family man should reflect, and I pray you will allow him to come home and continue building his life. Justin is an effective leader, a cherished family member and an active member of bettering his community. Justin will absolutely show you that you did not make a mistake in allowing him that grace and mercy.

Best regards,

Rebekah Bennett

M: 281.802.1803

March 24, 2022

The Honorable Sean D. Jordan
United States District Judge
Eastern District of Texas

Re: Justin Magnuson

Dear Judge Jordan:

I have known Justin Magnuson for six (6) years, in both personal and professional settings. As an attorney, I worked with Mr. Magnuson when he was the Chief Executive Officer of Alliance Family of Companies. Mr. Magnuson is highly intelligent, having achieved an undergraduate degree from the University of North Texas, a master's degree from Southern Methodist University and an executive master's degree from the University of California-Los Angeles.

After Alliance sold and he was gone from the company, I have kept in touch with Mr. Magnuson and consider him to be a treasured friend. I have personally witnessed many kindnesses quietly and discretely given by Mr. Magnuson. While CEO of Alliance Family of Companies, LLC, he personally paid the medical bills for two (2) employees who had cancer and underwent chemotherapy. To my knowledge, they both survived and are now flourishing, rather than struggling to pay medical debt. Additionally, he spent countless hours with an employee who was struggling with mental illness and offered to personally pay for in-patient treatment for this man. When an employee's 20-year-old son was killed as a bystander who was too close a drug deal gone bad, his directive was to make sure this employee received anything she needed. His kindness also extended to a very young widow of a former employee, who had two (2) very young girls to care for after their father died. He checked on her regularly, made sure her needs were cared for and gave her a job when she was ready to go back to work. He held her up until she could again stand on her own.

His generosity of spirit does not end with his employees. He was personally involved in the charity work done through Alliance, including work with St. Jude's hospital, the Epilepsy Foundation and the American Cancer Society. He supports a program through the Southern Methodist University to help put veterans back to work and supports veteran causes.

Mr. Magnuson also takes thoughtful care of his family and loved friends. He provided a beautiful home for his grandparents in their later years, complete with all the home health care needed. But he did not just provide for them monetarily – he made frequent trips to see them and made sure they were included in events and were able to travel. He made sure his grandfather got to see the Grand Canyon, as this was a longing of his grandfather. He made sure he spent time with them as they declined and grieved them both when they passed on. He provided his mother with the home

of her dreams and has traveled with her extensively. Mr. Magnuson took care of his sister and brother, making sure they got through college and their needs were fulfilled.

Mr. Magnuson is engaged to a lovely young woman, who has endured this time with him and is waiting to marry him. Their commitment to each other is absolute and their plans to raise a family are his top priority and the thing dearest to heart. We talk often about his longing for children and the plans they have for their family.

Mr. Magnuson is a true and loyal friend. I know that if I ever need him, he will be there. And I will be there for him as he transitions out of prison back into society. I believe that this time in prison has given him time to stop, reflect on his life choices and reevaluate his priorities and lifestyle. I have spoken with Mr. Magnuson almost every day of his incarceration and observed a calm new maturity he has developed through this experience.

As he is granted his freedom, I have no doubt that he will use it well. He will be living with an attitude of gratitude for the simple things that he will never take for granted again.

Best Regards,


Pamela Wagner

March 13, 2022

Honorable Sean D. Jordan
United States District Court
Eastern District of Texas, Plano Division

Dear Judge Jordan,

My name is Jaime Marmolejo. I am in the physical security field and a former US Marine. I came to meet Justin circa 2017 after I was referred to him when he was inquiring about security for an upcoming trip. After meeting with and eventually providing security for that trip, Justin and I continued to stay in touch and I provided security and driver services to him, Sarah and friends. Eventually, I came on board with Justin full time. I then worked for Justin as a manager of some of the Med Spas he owned.

In my line of work you end up spending quite a good amount of time with them in close proximity for extended periods of time. I have spent a lot of time with many other clients in my 15 + years of being in the business. While working alongside people you get to know them pretty well, you see how they treat the people that work for them and also how they treat their loved ones. I have in many instances quit very lucrative positions because my inner moral compass did not align with their true nature.

In my experience, a tell-tale sign is how they treat people that do not have anything to offer them, or any kind of equity, even socially to offer them. Justin is the type of person that I would not only work for again, but would continue to be his personal friend. I witnessed Justin giving a lady that was on the side of the road begging for money $200 for no reason than the pain he saw in her eyes. She lit up and was extremely thankful. To that lady it literally meant she could eat and feed her family for a while.

This is just one example of the type of person Justin is on the inside. Justin has his flaws, we all do - but I have never met anyone that learns from his mistakes and is constantly evolving like Justin. I believe in my heart that this experience to him will mold him into an amazing human being even more than he already is. I have witnessed Justin providing for his family, even when everyone around him knew that they were taking advantage of him at times. He gives not only monetarily but also with his heart, even when he knows he will get nothing in return.

I have worked for many different very powerful people and outside of work I wouldn't even say hello to many of them. I know Justin's heart, I know his true intentions and he just wants to be loved unconditionally as we all wish we could. Regardless of what happens to Justin, where he ends up and what he ends up doing I will always be his friend and his brother. He will come out of this stronger and a better person that will be a model member of society, I put my heart and reputation on that.

Thank you

Jaime Marmolejo

March 14, 2022

Ellie Norris
3303 Blackburn St., Apt. 301
Dallas, TX 75204

**Re: Justin Magnuson Sentencing**

To: The Honorable Sean D. Jordan, United States District Court, Eastern District of Texas, Plano Division,

My name is Ellie Norris, and I'm a lawyer in Dallas, Texas. I met Sarah Stanton, Justin's fiancée, during our freshman year of college at SMU, and we've been close friends for 12 years. Through Sarah, I met Justin about 7 years ago. Over the past 7 years, I've had the privilege of being their friend. I've witnessed firsthand their love for each other, Justin's character, and, perhaps most importantly for the purposes of this letter, Justin's growth as a person, both since I met him and since he's been incarcerated.

**Justin is intelligent, successful, resilient, and resolute.** Justin has always been a whip-smart, driven, and dedicated person. Justin is a natural-born leader, who has the rare combination of both the vision and the know-how to make the vision a reality. Importantly, Justin did not come from privilege; he is a completely self-made man. Justin has worked hard for everything he has. His success is a testament to his intelligence and work ethic. While all of this remains unchanged, over the last few years, Justin has grown to be more grounded. Justin is now laser focused on the things that really matter, as discussed in more detail below. And while Justin has always been determined and persistent, the last two years have been a test of strength and character that he has handled with maturity and resilience. Thus, this experience has taught an already intelligent and driven person additional lessons in maturity, strength, and resilience, which I know Justin will apply as he rebuilds his life and contributes to his family and community upon his release.

**Justin sets a positive example.** Despite the challenges, Justin has made the best of his time in jail. Justin has learned a lot, both about himself and about his fellow inmates. The positive impact Justin has had on the people he spent the last 20 months with in jail – and vice versa – cannot be overstated. Justin has taken an active role in mentoring these young men, teaching them about maturity and work ethic and preparing them to be productive members of society with skills and better decision-making upon their release. Justin sets a positive example for these young men and shows them that – through hard work and perseverance – they can break out of a negative cycle and succeed, and that a prior mistake does not dictate their futures.

**Justin has clear and positive priorities.** The first and foremost priority to Justin is family. Justin and Sarah have made it clear that, upon Justin's release, their focus will be on spending time together, starting a family, and rebuilding their life together, which will include only good people who are in their lives for the right reasons.

**Justin's thoughtfulness and generosity is inspiring.** Justin has always been incredibly generous – he would give you the shirt off his back. Justin is also incredibly thoughtful – the amount of time and effort he puts in to make something special, to make your day better, is incredible to watch and makes us all take note and resolve to do better ourselves. For example, Sarah is a devout Catholic and treasures Christmas. Since Justin and Sarah could not be together over Christmas, Justin made her a homemade advent calendar, writing her 25 letters so she

- 2 -

would have one to open each day. These thoughtful gestures show the kind of person Justin is: someone who deeply cares about others, puts great thought and effort into his family and friends, gives 110% to everything he does, and is loved and valued by his family, friends, and community.

In conclusion, despite mistakes he has made, Justin is a good person. I am proud to call Justin a friend. Justin has learned and grown so much over the past few years. It is my sincere hope that he is released soon so he can return to his family and put all that he's learned into action.

Respectfully,

Ellie Norris