IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:20-CR-00064 |
| v. | § | |
| | § | Judge Jordan |
| JUSTIN LUKE MAGNUSON (3) | § | |

# MOTION FOR FINAL ORDER OF FORFEITURE

The government respectfully requests a Final Order of Forfeiture in this case. In support thereof, the government states as follows:

1. This Court entered a Preliminary Order of Forfeiture on April 6, 2022, forfeiting to the United States the defendant's interest in the following pursuant to 18 U.S.C. § 982, 18 U.S.C. § 924(d) and 21 U.S.C. § 853:

   a. 2005 Israel Aircraft Industries Gulfstream 200, Serial Number 120[1];

   b. 1985 Land Rover Defender, in the color of White, bearing the VIN: SSALLDVAC8AA236143;

   c. All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 12100 Scenic Dr., Nevada City, CA 95959, owned by Vyrideon, LLC, more fully described as follows: the following described property in the unincorporated area of, County of Nevada, State of California: PARCEL ONE: PARCEL 2, AS SHOWN ON PARCEL MAP NO. 76-132 FOR B. BURDA, AS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF NEVADA ON NOVEMBER 15, 1977, IN BOOK 12 OF PARCEL MAPS, AT PAGE 33. PARCEL TWO:  A NON-EXCLUSIVE EASEMENT FOR THE PURPOSE OF MAINTAINING A BUILDING SETBACK AS DESCRIBED IN "BUILDING SETBACK EASEMENT AND DEED RESTRICTION" RECORDED JULY 14, 2014 AS INSTRUMENT NO. 20140013071, OF OFFICIAL RECORDS AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

---

[1] This property was sold in an agreed interlocutory sale pursuant to Order of this court (Dkt 173).

        BEGINNING AT A POINT ON THE WESTERLY LINE OF PARCEL 1 OF THE MAP RECORDED IN BOOK 12 OF PARCELS MAPS, AT PAGE 33, NEVADA COUNTY OFFICIAL RECORDS, FROM WHICH THE SOUTHWEST CORNER THEREOF BEARS SOUTH 03 DEGREES, 43 MINUTES, 07 SECONDS EAST FOR A DISTANCE OF 228.81 FEET; THENCE FROM SAID POINT OF BEGINNING, RUNNING ALONG SAID WESTERLY LINE NORTH 03 DEGREES, 43 MINUTES, 07 SECONDS WEST FOR A DISTANCE OF 125.00 FEET; THENCE LEAVING SAID WESTERLY LINE AND BEARING NORTH 86 DEGREES, 16 MINUTES, 53 SECONDS EAST FOR A DISTANCE OF 50.00 FEET; THENCE SOUTH 03 DEGREES, 43 MINUTES, 07 SECONDS EAST FOR A DISTANCE OF 125.00 FEET; THENCE SOUTH 86 DEGREES, 16 MINUTES, 53 SECONDS WEST FOR A DISTANCE OF 50.00 FEET TO THE WESTERLY LINE OF SAID PARCEL 1 AND THE POINT OF BEGINNING.  Tax ID: 060-150-063; and

        d.        Approximately $1,100,000.00 in proceeds in that such sum in aggregate is property involved in or constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offenses alleged in the Information.

    2.       The government published notification of the Court's Preliminary Order of Forfeiture at www.forfeiture.gov for thirty consecutive days, advising all third parties of their right to petition the court within thirty days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

    3.       No parties have filed any claims with respect to this property.

The government respectfully requests a Final Order of Forfeiture declaring the above forfeited as to the defendant and vesting right, title and interest in the property to the United States, and directing the custodial agency to dispose of the property according to law.

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney

/s/
KEVIN MCCLENDON
Assistant United States Attorney
Texas Bar No. 13408620
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
kevin.mcclendon@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on June 27, 2022.

/s/
Kevin McClendon