IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| | § | No. 4:20-CR-00064 |
| v. | § § | |
| | § | Judge Jordan |
| JUSTIN LUKE MAGNUSON (3) | § | |

# **FINAL ORDER OF FORFEITURE**

This Court entered a Preliminary Order of Forfeiture in the above-captioned matter on April 6, 2022, pursuant to 18 U.S.C. § 982, 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

The government published, at www.forfeiture.gov for thirty consecutive days, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to the defendant who is the subject of this Order, is hereby condemned and forfeited to the government in accordance with 18 U.S.C. §§ 982, 18 U.S.C. § 924(d) and 21 U.S.C. § 853:

  a.  2005 Israel Aircraft Industries Gulfstream 200, Serial Number 120[1];

  b.  1985 Land Rover Defender, in the color of White, bearing the VIN: SSALLDVAC8AA236143;

  c.  All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 12100 Scenic Dr., Nevada City, CA 95959, owned by Vyrideon, LLC, more fully described as follows: the following described property in the unincorporated area of, County of Nevada, State of California: PARCEL ONE: PARCEL 2, AS SHOWN ON PARCEL MAP NO. 76-132 FOR B. BURDA, AS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF NEVADA ON NOVEMBER 15, 1977, IN BOOK 12 OF PARCEL MAPS, AT PAGE 33. PARCEL TWO: A NON-EXCLUSIVE EASEMENT FOR THE PURPOSE OF MAINTAINING A BUILDING SETBACK AS DESCRIBED IN "BUILDING SETBACK EASEMENT AND DEED RESTRICTION" RECORDED JULY 14, 2014 AS INSTRUMENT NO. 20140013071, OF OFFICIAL RECORDS AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE WESTERLY LINE OF PARCEL 1 OF THE MAP RECORDED IN BOOK 12 OF PARCELS MAPS, AT PAGE 33, NEVADA COUNTY OFFICIAL RECORDS, FROM WHICH THE SOUTHWEST CORNER THEREOF BEARS SOUTH 03 DEGREES, 43 MINUTES, 07 SECONDS EAST FOR A DISTANCE OF 228.81 FEET; THENCE FROM SAID POINT OF BEGINNING, RUNNING ALONG SAID WESTERLY LINE NORTH 03 DEGREES, 43 MINUTES, 07 SECONDS WEST FOR A DISTANCE OF 125.00 FEET; THENCE LEAVING SAID WESTERLY LINE AND BEARING NORTH 86 DEGREES, 16 MINUTES, 53 SECONDS EAST FOR A DISTANCE OF 50.00 FEET; THENCE SOUTH 03 DEGREES, 43 MINUTES, 07 SECONDS EAST FOR A DISTANCE OF 125.00 FEET; THENCE SOUTH 86 DEGREES, 16 MINUTES, 53 SECONDS WEST FOR A DISTANCE OF 50.00 FEET TO THE WESTERLY LINE OF SAID PARCEL 1 AND THE POINT OF BEGINNING. Tax ID: 060-150-063; and

  d.  Approximately $1,100,000.00 in proceeds in that such sum in aggregate is property involved in or constituting, or derived from,

---

[1] This property was sold in an agreed interlocutory sale pursuant to Order of this court (Dkt 173).

        proceeds obtained directly or indirectly, as the result of the offenses alleged in the Information.

3.     No claims have been filed by any party with respect to the forfeiture.

4.     That the forfeited property shall be disposed of by the United States and/or the custodial agency in such manner as the United States Attorney General may direct.