UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CASE NO. 4:20-CR-64-SDJ-KPJ-3

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUSTIN LUKE MAGNUSON,

      Defendant.
_____/

**UNOPPOSED MOTION TO TRANSFER PROPERTY TO THIRD PARTY**

Justin Magnuson, through undersigned counsel, files this Motion to Transfer Property to a Third Party, and in support thereof states as follows:

1. Magnuson was released from incarceration in April 2022 with no period of supervised release.

2. When he was arrested in August 2020, the DEA seized numerous firearms from his home.

3. On October 21, 2025, the DEA sent Magnuson a notice informing him that the DEA still had custody of his firearms and that he may move to transfer the firearms to a third party individual, given that he can no longer possess firearms. *See* **attached Exh. A, DEA Notice**.

4. Magnuson respectfully request this Court issue an order allowing the transfer of the firearms from the DEA's possession to that of Matthew Martinez.

5. Mr. Martinez is not prohibited by law from possessing firearms. Mr. Martinez would obtain the firearms directly from the DEA and will thereafter retain possession and control of the firearms. *See* **attached Exh. B, Declaration of Matthew Martinez**.

6. Magnuson will have no dominion or control—direct or indirect—of the firearms at any time, consistent with 18 U.S.C. § 922(g).

7. Counsel will provide the DEA with proof of sale of the firearms from Magnuson to Martinez within sixty (60) days of the release of the firearms.

8. Undersigned counsel has conferred with counsel for the Government. The Government does not oppose this Motion.

Respectfully submitted,

/s/ *Alyssa M. Altonaga*
Alyssa M. Altonaga
Fla. Bar No. 1025089
**ALTONAGA LAW, PLLC**
121 Alhambra Plaza
Suite 1000
Miami, Florida 33134
*Counsel for Justin Magnuson*
*Pro Hac Vice*

/s/ *Kirk F. Lechtenberger*
Kirk Lechtenberger
Texas Bar No. 12072100
183 Parkhouse Street
Dallas, Texas 75207
(214) 871-1804
kflechlawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed on December 3, 2025, via CM/ECF which will serve all counsel of record.

/s/ *Alyssa M. Altonaga*
Alyssa M. Altonaga